IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TONI WILLIAMSON, TOMI CALFROBE, and LILY CALFROBE,<br><br>   Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE AUTO INSURANCE COMPANY,<br><br>   Defendant. | Cause No. CV-20-3-GF-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW AND TO COMPEL DISCOVERY RESPONSE** |

Pursuant to Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for *In Camera* Review and to Compel Discovery Response, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant has until November 12, 2020, to respond to Plaintiffs' Motion for *In Camera* Review and to Compel Discovery Response.

DATED this 28th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court