# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TONI WILLIAMSON, TOMI CALFROBE, & LILY CALFROBE, <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE AUTO INSURANCE COMPANY, <br><br> Defendant. | CV-20-03-GF-BMM-JTJ <br><br> **ORDER** |

Plaintiffs have submitted a Motion to Compel (Doc. 29), requesting that this Court review *in camera* certain responsive documents that Defendants have withheld and claimed as privileged. The Court has reviewed the Motion and determined that *in camera* review is necessary.

Accordingly, IT IS ORDERED:

1. On or before December 29, 2020, Defendant shall submit to the Court, for *in camera* review, a copy of the documents identified in its September 2020 Privilege Log (Doc. 29-2) that Defendant has continued to claim are protected from discovery under the attorney-client privilege and work product doctrine. Each document shall be submitted in unredacted form.

2.	All documents referenced in paragraph 1 shall be bound in a loose-leaf binder with an extended tab bearing a number.

3.	Progressive shall prepare an updated privilege log. That updated privilege log shall accompany the *in camera* submissions. The updated privilege log shall identify each document by designated number, the date the document was prepared, its author, its recipient, its subject matter, and the basis for protection of the document from disclosure.

Dated this 21st day of December, 2020.

_____
John Johnston
United States Magistrate Judge